AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States of America<br>v.<br><br>NATALIE GREENE<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 25-mj-7070 (EAP) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Natalie Greene                                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 USC 371 (Conspiracy to Convey False Information and Hoaxes) and 18 U.S.C. 1001(a)(2) (False Statements)

Date:    11/14/2025

*Issuing officer's signature*

City and state:    Camden, New Jersey

Hon. Elizabeth A. Pascal, USMJ
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender:   Natalie Greene

Known aliases: _____

Last known residence:   328 W 17th Street, Ocean City, New Jersey 08226

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers:   609- 335-1335

Place of birth: _____

Date of birth:   02/10/1999

Social Security number: _____

Height: _____                Weight: _____

Sex: _____                   Race: _____

Hair: _____                  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use:   believed to have one or more firearms

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:   FBI

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____