# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MAGISTRATE JUDGE ELIZABETH A. PASCAL

**CAMDEN**                                            November 19, 2025

**Court Reporter:**  ECR

**Title of Case:**

Case No.  25-7070 (EAP)

UNITED STATES OF AMERICA

V.

NATALIE GREENE

### DEFENDANT PRESENT

**Appearances:**
Patrick Askin, AUSA and Sara Aliabadi, AUSA for Government
Louis Barbone, Esq. for defendant
Angie Polanco Mora, U.S. Pretrial Services

**Nature of Proceedings:**  Initial Appearance
Defendant advised of rights, charges, and penalties
Defendant waives formal reading of the complaint
Brady Order read into the record. Order to be entered.
Hearing on joint application for release on bail
Ordered application granted
Ordered bail set in the amount of $200,000 unsecured with conditions
Order Setting Conditions of Release to be entered.
Defendant waives preliminary hearing
Order for Continuance executed on the record excluding time from 11/19/2025 thru 1/31/2026 pursuant to the Speedy Trial Act. Order to be entered.
Ordered defendant released after processing.

s/Susan Bush
Deputy Clerk

Time Commenced: 2:42 p.m. Time Adjourned: 2:50 p.m.
Time Commenced: 2:51 p.m. Time Adjourned: 3:01 p.m.
Total Time in Court: 18 mins.