## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-mj-07070-EAP |
| v. | |
| NATALIE GREENE, | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| Defendant. | |

Pursuant to the recommendation of Pretrial Services, specifically that defendant submit to residential treatment, and the government, by and through Patrick Askin, Esquire Assistant U.S. Attorney having consented the same, and defense counsel, namely Louis M. Barbone, Esquire of the firm of Jacobs & Barbone, P.A. having consented to same, and the Court intending to follow that recommendation does hereby order the following:

1.    ORDERED AND ADJUDGED that Defendant shall present to Pretrial Services immediately as directed on November 26, 2025 so that defendant's location monitoring bracelet can be temporarily removed;

2.    IT IS FURTHER ORDERED AND ADJUDGED that the location monitoring bracelet shall remain removed during the defendant's participation in residential treatment.

3.    IT IS FURTHER ORDERED AND ADJUDGED that immediately upon conclusion of that residential treatment program, the defendant shall immediately report to Pretrial Services so that the location monitoring bracelet shall be reinstalled.

s/Elizabeth A. Pascal
_____
Hon. Elizabeth A. Pascal
United States Magistrate Judge