PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Natalie Greene**  Docket No. **1:25-mj-07070-EAP-1**

### Petition for Action on Conditions of Pretrial Release

COMES NOW NICHOLAS ZOTTI PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, **NATALIE GREENE**, who was placed under pretrial release supervision by the **HONORABLE ELIZABETH A. PASCAL** sitting in the Court at **Camden, New Jersey**, on **November 19, 2025**, on a $200,000 unsecured appearance bond under the following conditions:

1. The defendant shall be released into the third-party custody of the defendant's mother Becky Greene.
2. Pretrial Services Supervision.
3. Home Detention, with electronic monitoring, with exceptions for the following: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the Pretrial Services. The defendant shall pay all or part of the cost of the monitoring, based on ability to pay as determined by Pretrial Services.
4. Surrender all passports/travel documents. Do not apply for new travel documents.
5. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
6. Mental Health testing and/or treatment as directed by Pretrial Services.
7. No contact with victims or witnesses.
8. Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, within 24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.
9. Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including: with the exception that the defendant may contact the congressman's office for employment purposes and in her capacity as a constituent, but matters involving the case.

On November 20, 2025, the defendant appeared for an emergency Bail Review hearing to address concerns regarding the defendant's residence involving firearms. Your Honor amended the conditions of release as follows:

1. The defendant's mother, Becky Greene, shall be removed as third party custodian and Julie Christ John-Breckley shall serve as third party custodian.
2. Substance abuse testing and treatment as deemed appropriate by Pretrial Services.
3. Defendant shall not use or unlawfully possess a narcotic drug or other controlled substance

unless prescribed by a licensed medical practitioner.
4. All other conditions previously set by the Court remain in effect.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL **schedule a bail review hearing.** Jan. 28, 2026
2:00pm
Courtroom 5C

ORDER OF COURT

Considered and ordered this 21ST day of January, 2026 and ordered filed and made a part of the records in the above case.

_____
Honorable Elizabeth A. Pascal
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 15, 2026

*Nicholas Zotti*
NICHOLAS ZOTTI
Senior U.S. Pretrial Services Officer