# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 25-mj-7070-EAP |
| : | |
| NATALIE GREENE : | |

## ORDER AMENDING CONDITIONS OF RELEASE

This matter having come before the Court by way of a Petition for Action on Conditions of Pretrial Release; and the Court having read the submissions and heard the arguments of counsel during a hearing held on January 28, 2026; and for the reasons set forth on the record and for good cause shown;

IT IS on this **28th** day of **January, 2026**, ORDERED that the Court's Order Setting Conditions of Release dated November 20, 2025 and the Order Modifying Conditions of Release dated November 26, 2025, are hereby amended as follows:

1. Julie Christ John-Breckely shall be removed as third-party custodian;
2. Kristin Haughton-James shall serve as third-party custodian;
3. Defendant shall be on a curfew with GPS location monitoring, with the times for curfew to be determined by U.S. Pretrial Services;
4. Travel is restricted to the Southern District of Florida and to the District of New Jersey (for court appearances only), unless otherwise approved in advance by U.S. Pretrial Services.

All other conditions as previously ordered shall remain in effect.

_____
ELIZAETH A. PASCAL
United States Magistrate Judge