UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          Hon. Elizabeth A. Pascal

v.                               :          Mag. No. 25-mj-7070 (EAP)

NATALIE GREENE                    :          **ORDER FOR CONTINUANCE**

1.      This matter came before the Court on the joint application of the United States, Robert Frazer, United States Attorney (Patrick C. Askin and Sara Aliabadi, Assistant U.S. Attorneys, appearing), and defendant Natalie Greene (Louis M. Barbone, Esq. appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through May 31, 2026.

2.      This Court has granted two § 3161(h)(7)(A) continuance previously in this case.

3.      Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4.      Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5.      The defendant knows that she has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6.      The defendant, through counsel, has consented to this continuance.

7.      FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a.     The parties have informed the Court that the Government voluntarily provided pre-indictment discovery to the defendant's counsel on January 28, 2026.  The Defendant's counsel will need adequate time to review the discovery and to meet with the Defendant.

b.     The Defendant's counsel needs additional time to investigate and evaluate the Government's case and the Defendant's background.

c.     Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

d.     Both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

e.     Thus, the ends of justice served by granting a continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date of this Order through May 31, 2026; and it is further

ORDERED that the period from the date of this Order through May 31, 2026, shall be excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

HONORABLE ELIZABETH A. PASCAL
United States Magistrate Judge

Dated: 4/1/2026

Form and entry consented to:

Patrick C. Askin
Assistant U.S. Attorney

Louis M. Barbone, Esquire
Counsel for Defendant