# JACOBS & BARBONE, P.A.

EDWIN J. JACOBS, JR.
ejacobs@jacobsbarbone.law

LOUIS M. BARBONE
lbarbone@jacobsbarbone.law

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

1125 PACIFIC AVENUE
ATLANTIC CITY, NEW JERSEY 08401
PHONE: (609) 348-1125
FAX: (609) 348-3774
WEBSITE: WWW.JACOBSBARBONE.LAW

DAVID CASTALDI
dcastaldi@jacobsbarbone.law

JORDAN L. BARBONE
jbarbone@jacobsbarbone.law

PATRICK C. JOYCE
pjoyce@jacobsbarbone.law

April 6, 2026

Hon. Elizabeth A. Pascal
United States Magistrate Judge
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Court House
4th &Cooper Streets
Camden, NJ 08101

RE:    United States of America v. Natalie Greene
Case No. 25-mj-7070-EAP
Our File No. 18,618

Dear Judge Pascal:

I enclose here an Order Amending the Conditions of Release as indicated by Mr. Zotti in his March 31, 2026 email. The Government consents to the Order as reflected on the attached email.

Respectfully submitted,

JACOBS & BARBONE, P.A.

Louis M. Barbone

LMB:es
Enclosures
cc with encs: Patrick Askin, Esquire
cc with encs: Sara Aliabadi, Esquire
cc with encs: Nicholas Zotti, Intensive Supervision Specialist, U.S. Pretrial Services Agency
cc with encs: Natalie Greene

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

UNITED STATES OF AMERICA,

v.

NATALIE GREENE,

      Defendant.

Case No. 1:25-mj-07070-EAP

---

## <u>ORDER AMENDING CONDITIONS OF RELEASE</u>

This matter having come before the Court by way of a Petition for Action on Conditions of Pretrial Release, and the Court having read the submissions and heard the position of counsel by and through Nicholas Zotti, Intensive Supervision Specialist for the U.S. Pretrial Services Agency, and for good cause shown;

It is on this _____ day of April, 2026, ORDERED that the Court's Order Setting Conditions of Release dated January 28, 2026 and the Order Modifying Conditions of Release dated November 26, 2025 are hereby amended as follows:

1. Kristin Haughton-James shall be removed as third-party custodian;

2. Becky Greene shall be appointed as third-party custodian;

3. Becky Greene shall have daily virtual contact with the defendant;

4. All other terms and conditions in effect pursuant to the Court's previous Orders shall remain in full force and effect.

---

Hon. Elizabeth A. Pascal
United States Magistrate Judge

## Louis Barbone

| | |
|---|---|
| **From:** | Aliabadi, Sara (USANJ) <Sara.Aliabadi@usdoj.gov> |
| **Sent:** | Tuesday, March 31, 2026 2:07 PM |
| **To:** | Nicholas Zotti; Louis Barbone |
| **Cc:** | Askin, Patrick (USANJ); DeFay, Anne (USANJ) |
| **Subject:** | RE: USA v. Greene |

We consent.

Thanks,
Sara


**Sara A. Aliabadi**
Deputy Attorney-in-Charge, Camden Branch Office
U.S. Attorney's Office – District of New Jersey
Phone: 856-757-5146
Email: sara.aliabadi@usdoj.gov


**From:** Nicholas Zotti <nicholas_zotti@njpt.uscourts.gov>
**Sent:** Tuesday, March 31, 2026 11:33 AM
**To:** Louis Barbone <lbarbone@jacobsbarbone.law>
**Cc:** Aliabadi, Sara (USANJ) <Sara.Aliabadi@usdoj.gov>; Askin, Patrick (USANJ) <Patrick.Askin@usdoj.gov>
**Subject:** [EXTERNAL] RE: USA v. Greene

Good Morning Lou,

Our office met Judge Pacal yesterday to discuss to the information previously provided to you and the Government.

Today, Pretrial Services vetted and approved the defendant's mother, Becky Greene, to act as third-party custodian from afar. Assuming the Government consents, please submit a consent order to the Court requesting the following conditions:

1. Kirsten Haughton-James shall be removed as third-party custodian.
2. Becky Greene shall be appointed as third-party custodian.
3. Becky Greene shall have daily virtual contact with the defendant.

Sara or Pat, please respond to this email if your office consents.

Thank you,

Nick Zotti
Intensive Supervision Specialist
U.S. Pretrial Services Agency
401 Market Street

1