**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-mj-07070-EAP |
| v. | |
| NATALIE GREENE, | |
| Defendant. | |

### ORDER AMENDING CONDITIONS OF RELEASE

This matter having come before the Court by way of a Petition for Action on Conditions of Pretrial Release, and the Court having read the submissions and heard the position of counsel by and through Nicholas Zotti, Intensive Supervision Specialist for the U.S. Pretrial Services Agency, and for good cause shown;

It is on this __7th__ day of April 2026,

**ORDERED** that the Court's Order Setting Conditions of Release, dated November 19, 2025; the Order Amending Conditions of Release, dated November 20, 2025; and the Order Amending Conditions of Release, dated January 28, 2026, are hereby amended as follows:

1. Kristin Haughton-James shall be removed as third-party custodian;

2. Becky Greene shall be appointed as third-party custodian;

3. Becky Greene shall have daily virtual contact with the defendant; and

4. All other terms and conditions in effect pursuant to the Court's previous Orders shall remain in full force and effect.

Hon. Elizabeth A. Pascal
United States Magistrate Judge